AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

ORIGINAL

| United States of America | ) |
|---|---|
| v. | ) |
| Joe Bob Clark, Jr. | ) Case No. 2:10cr00182 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joe Bob Clark, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Failure to Update Sex Offender.

In violation of Title 18 United States Code, Section 2250.

Date: 11/10/2010

_____
*Issuing officer's signature*

City and state: Norfolk, Virginia

Tommy E. Miller, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/12/2010, and the person was arrested on *(date)* 05/12/2011
at *(city and state)* Norfolk VA 23510

Date: 05/12/2011

FILED
MAY 13 2011
CLERK U.S. DISTRICT COURT

_____
*Arresting officer's signature*

J. Rezer DUSM
*Printed name and title*